JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Jahir Castillo Torraalba,

Petitioner,

v.

Warden, Adelanto ICE Processing Center et al.,

Respondents.

Case No. 5:26-cv-02966-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is DENIED.

Dated: August 3, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE